IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MILES ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-00042-PRW |
| | ) | |
| LUKE PETTIGREW, and JUDY WINDSOR, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This § 1983 action is before the Court on U.S. Magistrate Gary M. Purcell's Report & Recommendation (Dkt. 6), entered on March 14, 2022. The Court observes that no party has objected to the Report & Recommendation within the time limits prescribed. The Court has also reviewed the Report & Recommendation (Dkt. 6) de novo and agrees with the reasoning and conclusions therein. Therefore, the Court adopts the Report & Recommendation in its entirety.

Accordingly, the Court **ADOPTS** Magistrate Judge Purcell's Report & Recommendation (Dkt. 6) and **DISMISSES WITHOUT PREJUDICE** the action for Plaintiff's failure to pay the required filing fee, failure to request to proceed *in forma pauperis*, and failure to comply with the Court's orders.

**IT IS SO ORDERED** this 5th day of April 2022.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE